1   David S. Torborg (*pro hac vice*)
    dstorborg@jonesday.com
2   Daniel T. Moss (*pro hac vice*)
    dtmoss@jonesday.com
3   JONES DAY
    51 Louisiana Avenue, N.W.
4   Washington, D.C. 20001-2113
    Telephone: (202) 879-3939
5   Facsimile: (202) 626-1700

6   Joshua M. Mester (SBN 194783)
    jmester@jonesday.com
7   JONES DAY
    555 South Flower Street
8   Fiftieth Floor
    Los Angeles, CA 90071.2452
9   Telephone: (213) 489-3939
    Facsimile: (213) 243-2539

10

    *Attorneys for Creditors Yuntian 3 Leasing Company*
11  *Designated Activity Company and Yuntian 4 Leasing*
    *Company Designated Activity Company*

12

13              **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
14                  **LOS ANGELES DIVISION**

15  In re:                                   Lead Case No. 2:17-bk-21386-SK

16  ZETTA JET USA, INC., a California        (Jointly administered with 2:17-bk-21387-SK)
    corporation,
17                                           Chapter 7 Cases

18       Debtor.                             Adv. Proc. No. 2:19-ap-01383-SK

19  ─────────────────────────────           **UNPUBLISHED OPINIONS CITED IN**
    In re:                                   **DEFENDANTS YUNTIAN 3 LEASING**
20                                           **COMPANY LIMITED DESIGNATED**
    ZETTA JET PTE LTD., a Singaporean        **ACTIVITY COMPANY AND YUNTIAN 4**
21  corporation,                             **LEASING COMPANY DESIGNATED**
                                             **ACTIVITY COMPANY'S NOTICE OF**
22       Debtor.                             **MOTION AND MOTION TO DISMISS**
                                             **COUNTS II, III, VI, VII, IX, X, XI, XII,**
23                                           **AND XV OF ADVERSARY COMPLAINT**

24  JONATHAN D. KING, solely in his
    capacity as Chapter 7 Trustee of Zetta Jet  [No Hearing Required]
25  USA, Inc. and Zetta Jet PTE, Ltd.,

26       Plaintiff,

27  v.

28

                                        1

1  YUNTIAN 3 LEASING COMPANY
   LIMITED DESIGNATED ACTIVITY
2  COMPANY f/k/a YUNTIAN 3 LEASING
   COMPANY LIMITED, YUNTIAN 4
3  LEASING COMPANY DESIGNATED
   ACTIVITY COMPANY f/k/a YUNTIAN 4
4  LEASING COMPANY LIMITED,
   MINSHENG FINANCIAL LEASING CO.,
5  LTD., MINSHENG BUSINESS AVIATION
   LIMITED, EXPORT DEVELOPMENT
6  CANADA, LI QI, UNIVERSAL LEADER
   INVESTMENT LIMITED, GLOVE
7  ASSETS INVESTMENT LIMITED, and
   TRULY GREAT GLOBAL LIMITED,
8
9  Defendants.
10

11       In accordance with Local Bankruptcy Rule 9013-2(b)(4), Defendants Yuntian 3 Leasing

12  Company Limited Designated Activity Company and Yuntian 4 Leasing Company Designated

13  Activity Company hereby file copies of unpublished judicial opinions cited in *Defendants*

14  *Yuntian 3 Leasing Company Limited Designated Activity Company and Yuntian 4 Leasing*

15  *Company Designated Activity Company's Motion to Dismiss Counts II, III, VI, VII, IX, X, XI, XII,*

16  *and XV of Adversary Complaint* (the "Motion"). The unpublished judicial opinions cited in the

17  Motion are attached hereto as follows:

18     1.  Exhibit A: *Fowler v. Univ. of Phoenix, Inc.*, No. 18CV1544-WQH-KSC, 2019 WL
           1746576, at *9 (S.D. Cal. Apr. 18, 2019).
19
       2.  Exhibit B: *In re Moriarty*, No. 12-22878-MLB, 2014 WL 6623005, at *7 (Bankr. C.D.
20         Cal. Nov. 20, 2014).

21     3.  Exhibit C: *In re Newton Enterprises*, No. 9:13-BK-12388-PC, 2015 WL 3524603, at *2
           (Bankr. C.D. Cal. June 3, 2015).
22
       4.  Exhibit D: *In re SCI Real Estate Investments, LLC*, No. 2:11-BK-15975-PC, 2013 WL
23         1829648, at *3 (Bankr. C.D. Cal. 2013).

24
       5.  Exhibit E: *Scouler & Co., LLC v. Schwartz*, No. 11-CV-06377 NC 2012 WL 1502762, at
25         *6 (N.D. Cal. Apr. 23, 2012).

26     6.  Exhibit F: *Sunnyside Dev. Co. LLC v. Cambridge Display Tech. Ltd., CDT*, No. C 08-
           01780 MHP, 2008 WL 4450328, at *9 (N.D. Cal. Sept. 29, 2008).
27

28

| | | |
|---|---|---|
| 1 | Dated: December 9, 2019 | JONES DAY |
| 2 | | |
| 3 | | /s/ Daniel T. Moss |
| | | Daniel T. Moss (*pro hac vice*) |
| | | dtmoss@jonesday.com |
| 4 | | David S. Torborg (*pro hac vice*) |
| | | dstorborg@jonesday.com |
| 5 | | JONES DAY |
| | | 51 Louisiana Avenue, N.W. |
| 6 | | Washington, D.C. 20001-2113 |
| | | Telephone: (202) 879-3939 |
| 7 | | Facsimile: (202) 626-1700 |
| 8 | | Joshua M. Mester (SBN 194783) |
| | | jmester@jonesday.com |
| 9 | | JONES DAY |
| | | 555 South Flower Street |
| 10 | | Fiftieth Floor |
| | | Los Angeles, CA 90071.2452 |
| 11 | | Telephone: (213) 489-3939 |
| | | Facsimile: (213) 243-2539 |

3