1  David S. Torborg (*pro hac vice*)
   dstorborg@jonesday.com
2  Daniel T. Moss (*pro hac vice*)
   dtmoss@jonesday.com
3  JONES DAY
   51 Louisiana Avenue, N.W.
4  Washington, D.C. 20001-2113
   Telephone: (202) 879-3939
5  Facsimile: (202) 626-1700

6  Joshua M. Mester (SBN 194783)
   jmester@jonesday.com
7  JONES DAY
   555 South Flower Street
8  Fiftieth Floor
   Los Angeles, CA 90071.2452
9  Telephone: (213) 489-3939
   Facsimile: (213) 243-2539

10

11  *Attorneys for Creditors Yuntian 3 Leasing Company
    Designated Activity Company and Yuntian 4 Leasing
    Company Designated Activity Company and*
12  *Minsheng Business Aviation Limited*

13              **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
14                   **LOS ANGELES DIVISION**

15  In re:                                    | Lead Case No. 2:17-bk-21386-SK

16  ZETTA JET USA, INC., a California          | (Jointly administered with 2:17-bk-21387-SK)
    corporation,
17                                             | Chapter 7 Cases
          Debtor.
18                                             | Adv. Proc. No. 2:19-ap-01383-SK

19  In re:                                     | **STIPULATION FOR FILING AND
                                                 BRIEFING SCHEDULE ON THE
20  ZETTA JET PTE LTD., a Singaporean            YUNTIAN ENTITIES AND MINSHENG
    corporation,                                 BUSINESS MOTIONS TO DISMISS
21                                               ADVERSARY COMPLAINT**
          Debtor.
22                                             | [No Hearing Required]

23

24  JONATHAN D. KING, solely in his
    capacity as Chapter 7 Trustee of Zetta Jet
25  USA, Inc. and Zetta Jet PTE, Ltd.,

26        Plaintiff,

27    v.

28

1   YUNTIAN 3 LEASING COMPANY
    LIMITED DESIGNATED ACTIVITY
2   COMPANY f/k/a YUNTIAN 3 LEASING
    COMPANY LIMITED, YUNTIAN 4
3   LEASING COMPANY DESIGNATED
    ACTIVITY COMPANY f/k/a YUNTIAN 4
4   LEASING COMPANY LIMITED,
5   MINSHENG FINANCIAL LEASING CO.,
    LTD., MINSHENG BUSINESS AVIATION
6   LIMITED, EXPORT DEVELOPMENT
    CANADA, LI QI, UNIVERSAL LEADER
7   INVESTMENT LIMITED, GLOVE
8   ASSETS INVESTMENT LIMITED, and
    TRULY GREAT GLOBAL LIMITED,
9
    Defendants.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR FILING AND BRIEFING SCHEDULE ON THE YUNTIAN ENTITIES AND MINSHENG BUSINESS
MOTIONS TO DISMISS ADVERSARY COMPLAINT

1   WHEREAS, on September 13, 2019, Plaintiff Jonathan D. King, Chapter 7 trustee

2 ("Trustee") filed that certain Adversary Complaint [Dkt. No. 1], (the "Complaint").

3   WHEREAS, on September 20, 2019, the Court entered nine (9) Foreign Summons and

4 Notice of Status Conference in Adversary Proceeding [LBR 7004-1] [Dkt. No. 2] (each a

5 "Summons," and together, the "Summonses"). Pursuant to the Summonses, the Parties shall

6 comply with LBR 7016-1, which requires the filing of a joint status report and appearance at the

7 noticed status conference.

8   WHEREAS, on October 23, 2019, the Trustee filed Notices of Service of Summons of the

9 Adversary Complaint as to five of the nine named defendants in the Adversary Complaint: (1)

10 Yuntian 3 Leasing Company Limited Designated Activity Company ("Yuntian 3"); (2) Yuntian 4

11 Leasing Company Designated Activity Company ("Yuntian 4") (collectively with Yuntian 3, the

12 "Yuntian Entities"); (3) Universal Leader Investment Limited; (4) Glove Assets Investment

13 Limited; and (5) Truly Great Global Limited (collectively with Universal Leader Investment

14 Limited and Glove Assets Investment Limited, the "Universal Leader Defendants"), as well as

15 requests for status conferences pertinent to these defendants. Dkt. Nos. 2-6

16   WHEREAS, on November 27, 2019, the Trustee, Yuntian Entities, and the Universal

17 Leader Defendants filed a Joint Status Report. Dkt. No. 17.

18   WHEREAS, on December 2, 2019, the Court entered an order approving a stipulation

19 filed by the Trustee and the Universal Leader Defendants to set a briefing schedule on a motion to

20 dismiss the Adversary Complaint expected to be filed by the Universal Leader Defendants. Dkt.

21 Nos. 14, 21. Pursuant to the stipulation (Dkt. No. 14), the time for the Universal Leader

22 Defendants to respond to the Adversary Complaint was extended through and including

23 December 20, 2019. The Trustee's opposition to any motion to dismiss filed by the Universal

24 Leader Defendants is due January 31, 2020 and any reply on the motion to dismiss to be filed by

25 the Universal Leader Defendants would be due February 21, 2020.

26   WHEREAS, on December 2, 2019, the Trustee filed a Notice of Service of Summons of

27 the Adversary Complaint on Minsheng Business Aviation Limited ("Minsheng Business"), Dkt.

28 No. 22, as well as a Request for Status Conference as to Minsheng Business for January 29, 2020

1  at 9:00 a.m. PST. Dkt. No. 23.

2      WHEREAS, on December 3, 2019, the Court entered an Order setting a Status

3  Conference Date and Deadline to File Joint Status Report as to the Yuntian Entities and the

4  Universal Leader Defendants. The Order set the Status Conference Date for December 11, 2019

5  at 9:00 a.m. PST and the deadline to file a Joint Status Report on November 27, 2019. By

6  separate docket entry order, the Court set the Status Conference as to Minsheng Business for

7  January 29, 2020 at 9:00 a.m. PST. Dkt. No. 27.

8      WHEREAS, on December 9, 2019, Yuntian Entities filed a motion to dismiss the

9  Adversary Complaint.  Dkt. No. 32. The deadline for Minsheng Business to file a response to the

10  Adversary Complaint is December 23, 2019. Minsheng Business anticipates filing a separate

11  motion to dismiss the Adversary Complaint.

12      WHEREAS counsel for the Trustee and counsel for the Yuntian Entities and Minsheng

13  Business have conferred on a filing and briefing schedule for the motions to dismiss that the

14  Yuntian Entities and Minsheng Business intend to file, as set forth below and subject to Court

15  approval. Counsel for the Trustee and counsel for Minsheng Business have also conferred on

16  whether there is any need for a separate Joint Status Report and Status Conference pertinent to the

17  Trustee's claims against Minsheng Business.

18      NOW THEREFORE, the Parties agree, subject to Court approval, as follows:

19      1.      Minsheng Business adopts the Yuntian Entities' statements in Joint Status Report

20  filed on November 27, 2019 (Dkt. No. 17), thereby adjourning the January 15, 2020 deadline set

21  in Dkt. No. 26;

22      2.      The separate Status Conference for Minsheng Business set for January 29, 2020

23  (Dkt. No. 26) is adjourned;

24      3.      The deadline for Minsheng Business to file a response to the Adversary Complaint

25  shall be December 23, 2019;

26      4.      The Trustee shall serve and file any opposition to any motions to dismiss filed by

27  the Yuntian Entities or Minsheng Business on or before January 31, 2020;

28      5.      The Yuntian Entities and Minsheng Business shall serve and file any reply in

1 | support of the motions to dismiss on or before February 21, 2020;

2 |       6.     This Stipulation is without prejudice to any and all claims, rights, objections and

3 | defenses of the parties with respect to the Adversary Complaint, and

4 |       7.     Defendants' special appearance by this Stipulation is made without prejudice to

5 | any and all rights and defenses the Yuntian Entities or Minsheng Business may have with respect

6 | to jurisdiction in this Adversary Proceeding.

DATED: December 10, 2019                 Respectfully submitted,

JONES DAY

/s/ Daniel T. Moss
Daniel T. Moss (pro hac vice)
dtmoss@jonesday.com
David S. Torborg (pro hac vice)
dstorborg@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Joshua M. Mester (SBN 194783)
jmester@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

*Attorneys for Creditors Yuntian 3
Leasing Company Designated Activity
Company and Yuntian 4 Leasing
Company Designated Activity Company
and Minsheng Business Aviation Limited*

STIPULATION FOR FILING AND BRIEFING SCHEDULE ON THE YUNTIAN ENTITIES AND MINSHENG BUSINESS
MOTIONS TO DISMISS ADVERSARY COMPLAINT

1 | DATED: December 10, 2019                        DLA PIPER LLP (US)

2

3                                                                    Joseph A. Roselius
                                                   Attorney for the Chapter 7 Trustee

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR FILING AND BRIEFING SCHEDULE ON THE YUNTIAN ENTITIES AND MINSHENG BUSINESS
MOTIONS TO DISMISS ADVERSARY COMPLAINT