| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David S. Torborg (*pro hac vice*)<br>dstorborg@jonesday.com<br>Daniel T. Moss (*pro hac vice*)<br>dtmoss@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br><br>Joshua M. Mester (SBN 194783)<br>jmester@jonesday.com<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071.2452<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Creditors Yuntian 3 Leasing Company Designated Activity Company and Yuntian 4 Leasing Company Designated Activity Company and Minsheng Business Aviation Limited | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>ZETTA JET USA, INC., et al.,<br><br>Jointly Administered with<br>ZETTA JET PTE, LTD<br>Case No. 2:17-bk-21387-SK<br>Zetta Jet USA, Ltd., a California Corporation<br><br><br><br><br><br><br>Debtor(s) | Lead Case No: 2:17-bk-21386-SK<br>(Jointly administered with 2:17-bk-21387-SK)<br>Adv. Proc. No. 2:19-ap-01383-SK<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER APPROVING STIPULATION FOR FILING AND BRIEFING SCHEDULE ON THE YUNTIAN ENTITIES AND MINSHENG BUSINESS MOTIONS TO DISMISS ADVERSARY COMPLAINT** |
| JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.,<br><br>Plaintiff,<br>v.<br><br>YUNTIAN 3 LEASING COMPANY LIMITED DESIGNATED ACTIVITY COMPANY f/k/a YUNTIAN 3 LEASING COMPANY LIMITED, et al.<br><br>Defendants. | |

PLEASE TAKE NOTE that the order titled <u>Order Approving Stipulation For Filing And Briefing Schedule On The Yuntian Entities and Minsheng Business Motions To Dismiss Adversary Complaint</u>

was lodged on (*date*) <u>December 10,2019</u> and is attached. This order relates to the motion which is docket number <u>35</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

David S. Torborg (*pro hac vice*)
dstorborg@jonesday.com
Daniel T. Moss (*pro hac vice*)
dtmoss@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Joshua M. Mester (SBN 194783)
jmester@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

*Attorneys for Creditors Yuntian 3 Leasing Company Designated Activity Company and Yuntian 4 Leasing Company Designated Activity Company and Minsheng Business Aviation Limited*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>    Debtor. | Lead Case No. 2:17-bk-21386-SK<br><br>(Jointly administered with 2:17-bk-21387-SK)<br><br>Chapter 7 Cases<br><br>Adv. Proc. No. 2:19-ap-01383-SK |
| In re:<br><br>ZETTA JET PTE LTD., a Singaporean corporation,<br><br>    Debtor. | **ORDER APPROVING STIPULATION FOR FILING AND BRIEFING SCHEDULE ON THE YUNTIAN ENTITIES AND MINSHENG BUSINESS DEFENDANTS' MOTIONS TO DISMISS ADVERSARY COMPLAINT**<br><br>[No Hearing Required] |
| JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.,<br><br>    Plaintiff,<br><br>v. | |

| | |
|---|---|
| YUNTIAN 3 LEASING COMPANY LIMITED DESIGNATED ACTIVITY COMPANY f/k/a YUNTIAN 3 LEASING COMPANY LIMITED, YUNTIAN 4 LEASING COMPANY DESIGNATED ACTIVITY COMPANY f/k/a YUNTIAN 4 LEASING COMPANY LIMITED, MINSHENG FINANCIAL LEASING CO., LTD., MINSHENG BUSINESS AVIATION LIMITED, EXPORT DEVELOPMENT CANADA, LI QI, UNIVERSAL LEADER INVESTMENT LIMITED, GLOVE ASSETS INVESTMENT LIMITED, and TRULY GREAT GLOBAL LIMITED, Defendants. | |

The Court hereby approves the "Order Approving Stipulation for Filing and Briefing Schedule on the Yuntian Entities and Minsheng Business Motions To Dismiss Adversary Complaint" filed on December 10, 2019 as Docket #35.

DATED: December _, 2019

SANDRA R. KLEIN
UNITED STATES BANKRUPTCY JUDGE

— 2 —

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

JONES DAY, 901 Lakeside Avenue, Cleveland, Ohio 44114

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF LODGMENT OF ORDER APPROVING STIPULATION FOR FILING AND BRIEFING SCHEDULE ON THE YUNTIAN ENTITIES AND MINSHENG BUSINESS MOTIONS TO DISMISS ADVERSARY COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Brian.Condon@arnoldporter.com
dtmoss@jonesday.com
jmester@jonesday.com
john.lyons@us.dlapiper.com
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 11, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 10, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA EMAIL:
Brian.Condon@arnoldporter.com
dstorborg@jonesday.com
dtmoss@jonesday.com
jmester@jonesday.com
john.lyons@us.dlapiper.com
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

| 12/10/19 | Monika T. Barrios | *MB* |
|---|---|---|
| Date | Printed Name | Signature |

**2. SERVED BY UNITED STATES MAIL**:

Honorable Sandra R. Klein
United States Bankruptcy Court
for the Central District of California
255 East Temple Street, Suite 1582
Los Angeles, California 90012

Ron Maroko
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017

Export Development Canada
Attn: Jeff Blattman
150 Slater Street
Ottawa, ON K1A 1K3
Canada

Minsheng Financial Leasing Co., Ltd.
Haidian District, Beijing Zhongguancun South Street Beijing
Friendship Hotel Guest House 1 2-6
010-68489378

Li Qi
c/o Tiffany M. Ikeda, Esq.
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE