David S. Torborg (*pro hac vice*)
dstorborg@jonesday.com
Daniel T. Moss (*pro hac vice*)
dtmoss@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Joshua M. Mester (SBN 194783)
jmester@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

*Attorneys for Creditors Yuntian 3 Leasing Company Designated Activity Company and Yuntian 4 Leasing Company Designated Activity Company and Minsheng Business Aviation Limited*

**FILED & ENTERED**

**DEC 13 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may       **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>    Debtor. | Lead Case No. 2:17-bk-21386-SK<br><br>(Jointly administered with 2:17-bk-21387-SK)<br><br>Chapter 7 Cases<br><br>Adv. Proc. No. 2:19-ap-01383-SK |
| In re:<br><br>ZETTA JET PTE LTD., a Singaporean corporation,<br><br>    Debtor. | **ORDER APPROVING STIPULATION FOR FILING AND BRIEFING SCHEDULE ON THE YUNTIAN ENTITIES AND MINSHENG BUSINESS DEFENDANTS' MOTIONS TO DISMISS ADVERSARY COMPLAINT**<br><br>[No Hearing Required] |
| JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.,<br><br>    Plaintiff,<br><br>  v. | |

- 1 –

YUNTIAN 3 LEASING COMPANY LIMITED DESIGNATED ACTIVITY COMPANY f/k/a YUNTIAN 3 LEASING COMPANY LIMITED, YUNTIAN 4 LEASING COMPANY DESIGNATED ACTIVITY COMPANY f/k/a YUNTIAN 4 LEASING COMPANY LIMITED, MINSHENG FINANCIAL LEASING CO., LTD., MINSHENG BUSINESS AVIATION LIMITED, EXPORT DEVELOPMENT CANADA, LI QI, UNIVERSAL LEADER INVESTMENT LIMITED, GLOVE ASSETS INVESTMENT LIMITED, and TRULY GREAT GLOBAL LIMITED,

Defendants.

The Court hereby approves the "Stipulation for Filing and Briefing Schedule on the Yuntian Entities and Minsheng Business Motions To Dismiss Adversary Complaint" filed on December 10, 2019 as Docket #35.

###

Date: December 13, 2019

Sandra R. Klein
United States Bankruptcy Judge

— 2 —