**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>ZETTA JET USA, INC., a California corporation,<br><br>　　Debtor. | Lead Case No. 2:17-bk-21386-SRK<br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SRK) |
| In re:<br>ZETTA JET PTE LTD., a Singaporean corporation,<br><br>　　Debtor. | Adv. Proc. No. 2:19-AP-01383-SK<br><br>**JOINT STIPULATION TO ADJOURN ALL RESPONSES OF YUNTIAN, MINSHENG, AND EDC DEFENDANTS** |
| JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.<br><br>　　Plaintiff,<br><br>v.<br><br>YUNTIAN 3 LEASING CO. DESIGNATED ACTIVITY CO. F/K/A YUNTIAN 3 LEASING CO. LTD., ET AL.<br><br>　　Defendants. | |

　　WHEREAS, Plaintiff JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd. ("Plaintiff"), Yuntian 3 Leasing Company Limited Designated Activity Company f/k/a Yuntian 3 Leasing Company Limited ("Yuntian 3"), Yuntian 4 Leasing Company Designated Activity Company f/k/a Yuntian 4 Leasing Company Limited ("Yuntian 4" and, collectively with Yuntian 3, the "Yuntian Entities"), Minsheng Business Aviation Limited ("Minsheng Business"), Minsheng Financial Leasing Co. ("Minsheng Financial" and collectively with Minsheng Business and the Yuntian Entities, the "Yuntian and Minsheng Defendants"), and Export Development Canada ("EDC") enter into this Joint

Stipulation to Adjourn All Responses of Yuntian, Minsheng and EDC Defendants (the "Joint Stipulation").

    a.    On September 13, 2019, Plaintiff filed a complaint (the "Original Complaint") in this adversary proceeding against the Yuntian and Minsheng Defendants, EDC, and other defendants;

    b.    On January 13 and 14, 2021, Plaintiff and the Yuntian and Minsheng Defendants mediated by Zoom Video Communications regarding the claims and defenses in this adversary proceeding and the jointly administered bankruptcy cases of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.;

    c.    On March 29, 2021, Plaintiff filed an amended adversary complaint (the "Amended Adversary Complaint") which included the Yuntian and Minsheng Defendants and EDC as defendants. (Dkt. No. 232.) The Defendants' responses to the Amended Adversary Complaint are due on May 10, 2021 (Dkt. No. 215);

    d.    As stated in open Court at the hearing in the Main Case onn March 31, 2021, Plaintiff, the Yuntian and Minsheng Defendants, and EDC (collectively, the "Parties") reached agreement on the terms of a settlement agreement (the "Settlement Agreement") which is memorialized in Exhibit A to the settlement motion which is being filed contemporaneously with this Joint Stipulation;

NOW, THEREFORE, the Parties hereby STIPULATE, subject to Court approval, to adjourn *sine die* all applicable responsive dates and deadlines related to the Amended Complaint for the Yuntian and Minsheng Defendants and EDC.

DATED: May 7, 2021

JONES DAY

By _____
Daniel T. Moss (*pro hac* vice)

*Attorneys for Defendants Yuntian 3 Leasing Company Designated Activity Company, Yuntian 4 Leasing Company Designated Activity Company, Minsheng Financial Leasing Co., Ltd., and Minsheng Business Aviation Limited.*

Dated: May 7, 2021

VEDDER PRICE P.C.

By _____
Michael J. Edelman

*Attorneys for Defendant Export Development Canada Limited.*

DATED: May 10, 2021

DLA PIPER (US)

By _____
Joseph A. Roselius

*Attorneys for Plaintiff JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.*

---

JOINT STIPULATION TO ADJOURN ALL RESPONSES OF YUNTIAN, MINSHENG AND EDC DEFENDANTS

3