DAVID B. FARKAS (SBN 257137)
david.farkas@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3412
Fax: (310) 595-3312

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosia@us.dlapiper.com
JOSEPH A. ROSELIUS (*Pro Hac Vice*)
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>ZETTA JET USA, INC., a California corporation,<br>    Debtor. | Lead Case No.: 2:17-bk-21386-SK<br>Chapter 7<br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK |
| In re:<br>ZETTA JET PTE, LTD., a Singaporean corporation,<br>    Debtor. | Adv. Proc. No. 2:19-ap-01383-SK<br><br>**TRUSTEE'S OBJECTION TO SUPPLEMENTAL DECLARATION OF HARPRABDEEP SINGH**<br><br>[Relates to Docket Nos. 239-2, 240, 261, 274-3, 281, 285, 294]<br><br>Next Hearing:<br>Date: August 11, 2021<br>Time: 9:00 a.m. (PDT)<br>Place: Courtroom 1575<br>      255 East Temple Street<br>      Los Angeles, CA 90012 |
| JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.,<br>    Plaintiff,<br>v.<br>YUNTIAN 3 LEASING CO. DESIGNATED ACTIVITY CO. f/k/a YUNTIAN 3 LEASING CO. LTD., *et al.*,<br>    Defendants. | |

Plaintiff Jonathan D. King, solely in his capacity as the Chapter 7 Trustee (and the former Chapter 11 Trustee) (the "Trustee") appointed in these cases on behalf of the above-captioned debtors, Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd., hereby objects[1] to the Supplemental Declaration of Harprabdeep Singh (the "Supplemental Singh Declaration") [Dkt. 281-2] as follows:

1. The Trustee objects to the Supplemental Singh Declaration being considered in connection with Defendants Universal Leader Investment Limited, Glove Assets Investment Limited, and Truly Great Global Limited's Motion to Dismiss Counts I, II, VI, VII, VIII, IX & X and Motion to Strike Counts VIII & IX of Amended Adversary Complaint. The Supplemental Singh Declaration contains "[n]ew arguments or matters raised for the first time in reply documents" and may not be considered. LBR 9013-1(g)(4).

2. The Trustee further objects to the Supplemental Singh Declaration (and specifically to the conclusions on page 5) because it seeks to apply the law to the facts of the case, for the reasons set forth in the Trustee's Objection and Motion to Strike Declaration of Peter Ferrer in Support of Li Qi's Motion to Dismiss and Declaration of Harprabdeep Singh [Dkt. 261], Objection and Motion to Strike Supplemental Declaration of Peter Ferrer in Support of Defendant Li Qi's Opposition to Trustee's Motion for Jurisdictional Discovery [Dkt. 285], and Reply in Support of Objection and Motion to Strike Declarations of Peter Ferrer and Harprabdeep Singh [Dkt. 308].

DATED: August 4, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By:    /s/ *John K. Lyons*
DAVID B. FARKAS (SBN 257137)
JOHN K. LYONS (*Pro Hac Vice*)
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
JOSEPH A. ROSELIUS (*Pro Hac Vice*)

*Attorneys for the Chapter 7 Trustee*

---

[1] Although the Trustee does not believe that LBR 9013-1(i)(2) applies to expert declarations under Fed. R. Civ. P. 44.1, the Trustee submits this objection pursuant to LBR 9013-1(i)(2) out of an abundance of caution and to the extent it applies.