FILED & ENTERED

AUG 17 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Zetta Jet USA, Inc.<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 2:17-bk-21386-SK<br>Adv No: 2:19-ap-01383-SK<br><br>**COURT'S MEMORANDUM OF DECISION ON: 1) "MOTION TO DISMISS COUNTS I, II, VI, VII, VIII, IX & X AND MOTION TO STRIKE COUNTS VIII & I [SIC] OF AMENDED ADVERSARY COMPLAINT," DOCKET #238, FILED BY UNIVERSAL LEADER INVESTMENT LIMITED, GLOVE ASSETS INVESTMENT LIMITED, AND TRULY GREAT GLOBAL LIMITED; AND 2) "MOTION TO DISMISS COUNTS I, II, VII, VIII, AND IX OF AMENDED ADVERSARY COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT SERVICE OF PROCESS AND FAILURE TO STATE A CLAIM," DOCKET #239, FILED BY LI QI** |
| Jonathan D. King<br><br>Plaintiff(s),<br>v.<br><br>Export Development Canada, Glove | Date: 8/11/21<br>Time: 9:00 a.m.<br>Courtroom: 1575 |

-1-

Assets Investment Limited,  Minsheng Business Aviation Limited,  Minsheng Financial Leasing Co., Ltd., Li Qi,  Truly Great Global Limited,  TVPX ARS, INC., in its capacity as trustee to Zetta MSN 9688 Statutory Trust dated September 20, 2016 (formed as Wyoming statutory trust),  Universal Leader Investment Limited,  Wells Fargo Bank Northwest, N.A., in its capacity as trustee to Yuntian 3 Trust dated September 20, 2016 (formed and administered in Utah) and its capacity as trustee of Yuntian 4 Trust dated Septembe,  Yuntian 3 Leasing Company Designated Activity Company,  Yuntian 4 Leasing Company Designated Activity Company,  Zetta MSN 9606 Statutory Trust dated September 20, 2016 (formed as Wyoming statutory trust)

                        Defendant(s).

On 8/11/21 at 9:00 a.m., the Court heard a "Motion to Dismiss Counts I, II, VI, VII, VIII, IX & X and Motion to Strike Counts VIII & I [sic] of Amended Adversary Complaint" (Motion), Docket #238, filed by Universal Leader Investment Limited, Glove Assets Investment Limited, and Truly Great Global Limited (collectively UL/GA/TG). Appearances were as noted on the record. All parties were given an opportunity to be heard. At the conclusion of the 8/11/21 hearing, the Court took the Motion under submission.

//
//
//
//
//
//
//

Also on calendar for 8/11/21 at 9:00 a.m. was a "Motion to Dismiss Counts I, II, VII, VIII, and IX of Amended Adversary Complaint for Lack of Personal Jurisdiction, Insufficient Service of Process and Failure to State a Claim" (Li Qi Motion), Docket #239, filed by Li Qi.  The Court noted that Li Qi is named as a defendant in five counts that are at issue in UL/GA/TG's Motion and continued the hearing on the Li Qi Motion to 8/18/21 at 9:00 a.m.

A copy of the Court's Memorandum of Decision regarding the Motion and the Li Qi Motion is attached hereto.

Date: August 17, 2021

Sandra R. Klein
United States Bankruptcy Judge