# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**In Re:** ZETTA JET USA, INC., a California
corporation; ZETTA JET PTE, LTD., a Singaporean          **BAP No.:** CC-21-1189
corporation

**Bk. Ct. No.:** 2:17-bk-21386-SK                    **ADV. NO.:** 2:19-ap-01383-SK

### NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate
Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to District Court, Los
Angeles.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal
form.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: September 22, 2021

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
        District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties