DAVID M. RILEY (SBN 292087)
david.riley@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: (310) 595-3000
Fax: (310) 595-3300

JOHN K. LYONS (*Pro Hac Vice*)
john.lyons@us.dlapiper.com
JEFFREY S. TOROSIAN (*Pro Hac Vice*)
jeffrey.torosian@us.dlapiper.com
JOSEPH A. ROSELIUS (*Pro Hac Vice*)
joseph.roselius@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel: (312) 368-4000
Fax: (312) 236-7516

Attorneys for Jonathan D. King as Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., a California corporation,<br><br>     Debtor. | Lead Case No.: 2:17-bk-21386-SK<br><br>Chapter 7<br><br>Jointly Administered With:<br>Case No.: 2:17-bk-21387-SK |
| In re:<br><br>ZETTA JET PTE, LTD., a Singaporean corporation,<br><br>     Debtor. | Adv. Proc. No. 2:19-01383-SK |
| JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.<br><br>     Plaintiff,<br><br>v.<br><br>Yuntian 3 Leasing Company Designated Activity Company f/k/a Yuntian 3 Leasing Company Limited, Yuntian 4 Leasing Company Designated Activity Company f/k/a Yuntian 4 Leasing Company Limited, Minsheng Financial Leasing Co., Ltd., | **CHAPTER 7 TRUSTEE'S OBJECTION TO REPLY REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS UNIVERSAL LEADER INVESTMENT LIMITED AND GLOVE ASSETS INVESTMENT LIMITED'S MOTION TO ENJOIN SINGAPORE ACTION [FED. R. EVID 201]**<br><br>[Relates to Adv. Dkt. No. 372]<br><br><u>Hearing:</u><br>Date:  July 14, 2022<br>Time:  9:00 a.m. (PDT)<br>Place:  Courtroom 1575<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

DLA PIPER LLP (US)
LOS ANGELES

1

EAST\192173529.3

1

2

3

4

Minsheng Business Aviation Limited, Export
Development Canada, Li Qi, Universal Leader
Investment Limited, Glove Assets Investment
Limited, and Truly Great Global Limited,

    Defendants.

5       Jonathan D. King, solely in his capacity as Chapter 7 Trustee (the "Trustee") of Zetta Jet

6   USA, Inc. and Zetta Jet PTE, Ltd., the debtors (the "Debtors" or, collectively, "Zetta") in the above-

7   captioned bankruptcy cases, hereby files this objection to the *Reply Request for Judicial Notice in*

8   *Support of Defendants Universal Leader Investment Limited and Glove Assets Investment Limited's*

9   *Motion to Enjoin Singapore Action [Fed. R. Evid 201]* (the "Requests") [Dkt. 372] and respectfully

10  states as follows:

11  **The Requests Improperly Seek Judicial Notice of Unauthenticated Records in Support of an**
    **Argument Raised for the First Time on Reply**

12

13      The Trustee objects to the Requests because they seek judicial notice of foreign documents

    that have not been properly certified or authenticated. "Judicial notice under Rule 201 permits a

14  court to notice an adjudicative fact if it is 'not subject to reasonable dispute.'" *Khoja v. Orexigen*

15  *Theraputics Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (quoting Fed. R. Evid. 201(b)). "A fact is 'not

16  subject to reasonable dispute' if it is 'generally known,' or 'can be accurately and readily

17  determined from sources whose accuracy cannot reasonably be questioned.'" *Khoja*, 899 F.3d at

18  999 (quoting Fed. R. Evid. 201(b)(1)-(2)). "Judicial notice requires submission of 'unimpeached

19  certified copies' of legal documents." *Pogo Producing Co. v. Moore*, 2006 WL 3484279, at *4

20  (S.D. Tex. Nov. 30, 2006) (quoting *Matter of Manges*, 29 F.3d 1034, 1042 (5th Cir. 1994)).

21      The purported foreign documents that Defendants seek to judicially notice are not

22  accompanied by the certification that is required to authenticate the document under Federal Rule

23  of Evidence 902(3). Because the documents lack any certification, the foreign records are not self-

24  authenticating. Fed. R. Evid. 902(3). Defendants have made no attempt to otherwise authenticate

DLA PIPER LLP (US)
LOS ANGELES

25

2

1  or certify the records in accordance with the Federal Rules of Evidence. [*See generally* Dkt. 372];

2  *see also* Fed. R. Evid. 901, 902. Accordingly, the accuracy of the documents is "reasonably subject

3  to dispute," and "the documents are not the type judicially noticeable under Rule 201." *Sanders v.*

4  *Palomar Med. Ctr.*, 2010 WL 2635627, at *4 (S.D. Cal. June 30, 2010). Defendants' Requests

5  should be denied. *See id.* (declining to take judicial notice where the documents defendants sought

6  to judicially notice were not certified); *Operating Eng'rs. Loc. 101 Pension Fund v. Al Muehlberger*

7  *Concrete Const., Inc.*, 2013 WL 5409116, at *2 (D. Kan. Sept. 26, 2013) (declining to take judicial

8  notice of documents from Secretary of State websites because they were "not certified copies of

9  the official documents").

10      The Requests also improperly seek to raise new matters on reply. New matters raised for

11  the first time in reply documents are waived. *King v. Jetcraft (In re Zetta Jet USA, Inc.)*, Adv. Proc.

12  No. 2:19-ap-1382 (C.D. Cal. Bankr. July 13, 2021) [Dkt. 241-1 at 40]; *see also In re Flashcom,*

13  *Inc.*, 503 B.R. 99, 135 n.24 (C.D. Cal. 2013); LBR 9013-1(g)(4). Defendants could have submitted

14  these documents with their Motion to allow the Trustee an opportunity to substantively respond but

15  elected instead to submit them with their reply brief. The Court should deny the Requests for

16  improperly seeking to raise new matters on reply.

17  **Conclusion**

18      For the foregoing reasons, the Trustee requests that the Court enter an order denying the

19  Requests which seek to judicially notice documents which have not been properly certified and are

20  provided in support of an argument raised for the first time on reply.

21

22

23

24

25

DLA PIPER LLP (US)
LOS ANGELES

3

EAST\192173529.3

1    DATED: June 9, 2022                Respectfully submitted,

2                                       **DLA PIPER LLP (US)**

3                                       By:    /s/ *John K. Lyons*
                                               DAVID M. RILEY (SBN 292087)
                                               JOHN K. LYONS (*Pro Hac Vice*)
4                                              JEFFREY S. TOROSIAN (*Pro Hac Vice*)
                                               JOSEPH A. ROSELIUS (*Pro Hac Vice*)
5
                                        *Attorneys for the Trustee / Plaintiff*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DLA Piper LLP (US) 25
Los Angeles

4

EAST\192173529.3